Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Tammy Collins

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>TAMMY COLLINS, et al.,<br><br>                    Defendants.<br>_____/ | No. CR 09-01156-2 SBA<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING FROM SEPTEMBER 14, 2011 TO OCTOBER 6, 2011<br><br>Date: September 14, 2011<br>Time: 2:30 pm<br>Court: Hon. Saundra B. Armstrong |

      The above-captioned matter is set on September 14, 2011 at 2:30 p.m. before the Hon. Saundra B. Armstrong for plea and sentencing. The parties jointly request that this Court continue the matter to October 6, 2011, at 10:00 a.m.

      Because the proposed plea agreement has been submitted to the Court, the parties further stipulate and agree that the Court continue to exclude time under the Speedy Trial Act,

18 U.S.C. § 3161(h)(1)(G) and §§ 3161(h)(7)(A) and (B)(iv), between the date of this stipulation and October 6, 2011.

The US Probation Office has been contacted and has no objection to this continuance.

SO STIPULATED.

Dated: September 13, 2011 \_\_\_\_\_/S/_____
Joshua Hill
Assistant United States Attorney

Dated: September 13, 2011 \_\_\_\_\_/S/_____
Camellia Baray
Attorney for Ms. Collins

For good cause shown, the sentencing hearing currently set for September 14, 2011 is continued to October 6, 2011 at 10:00 a.m.

IT IS SO ORDERED.

DATED:9/14/11

*Saundra B Armstrong*
Hon. Saundra B. Armstrong
United States District Judge

Stipulation and Proposed Order to Continue
CR-09-01156-2 SBA

3